

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00381-CV

**IN THE INTEREST OF J.O.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01006
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE those portions of the trial court's Order of Termination that (1) order the child, J.O., to remain in her placement with Elizabeth Escamilla-Rodriguez and Eduardo Rodriguez; (2) order the Texas Department of Family and Protective Services to proceed to permanency at the Rodriguezes' home; and (3) order the Department to process adoption. We REMAND the cause to the trial court for further proceedings consistent with this court's opinion. We assess no costs of appeal.

SIGNED December 11, 2019.

_____
Rebeca C. Martinez, Justice